FILED

JUL -9 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. **1:25 CR 337** |
| BRIAN CARNEGIE, | ) ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) ) ) | **JUDGE CALABRESE** |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about May 15, 2025, in the Northern District of Ohio, Eastern Division, the Defendant, BRIAN CARNEGIE, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Conspiracy to Distribute Cocaine Base Crack, on or about June 10, 2013, in Northern District of Ohio case number 1:12-CR-285, Attempted Trafficking on or about October 21, 2008, in Cuyahoga County Court of Common Pleas case number CR-08-515731-A, Trafficking, on or about February 5, 2007, in Cuyahoga County Court of Common Pleas case number CR-06-489841-A, Trafficking, on or about June 28, 2006, in Cuyahoga County Court of Common Pleas case CR-06-480688-A, knowingly possessed in and affecting interstate and foreign commerce, a firearm, to wit: a FEG, model PA-63, 9mm handgun, bearing serial number AV0729, said firearm and ammunition

having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2.　For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section, 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant BRIAN CARNEGIE shall forfeit to the United States any and all firearms involved in or used in the commission of the violation charged in Count 1; including but not limited to, the following: a FEG, model PA-63, 9mm handgun, bearing serial number AV0729.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.